No. 90–581.  THOMPSON ET AL. *v.* BRITISH AIRWAYS, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–600.  FARMER *v.* HIGGINS, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS.  C. A. 11th Cir.  Certiorari denied.

No. 90–636.  DAVIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–717.  JACKSON *v.* GENERAL DYNAMICS CORP.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 90–730.  LADNER *v.* JOHNSON ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 90–752.  WINCHESTER *v.* COUNTY OF SAN DIEGO ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–758.  ENIX ET AL. *v.* DAYTON WOMEN'S HEALTH CENTER, INC., ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–765.  LEXINGTON HERALD-LEADER CO. ET AL. *v.* WARFORD.  Sup. Ct. Ky.  Certiorari denied.

No. 90–766.  GUESS *v.* NORTH CAROLINA BOARD OF MEDICAL EXAMINERS.  Sup. Ct. N. C.  Certiorari denied.

No. 90–771.  CLAYPOOL ET AL. *v.* BOYD, INDIVIDUALLY AND AS WARDEN, STEVENSON CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–773.  SOUTH RIDGE BAPTIST CHURCH *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–776.  CORNETT *v.* MANUFACTURERS HANOVER TRUST CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–777.  HARVEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.